# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| KATHRYN SCHOTT, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:20-cv-00684-MTS |
| v. | ) ) | |
| OVERSTOCK.COM, INC. | ) ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

COMES NOW Plaintiff and hereby submits notice of her voluntary dismissal without prejudice in the above-referenced matter.

Respectfully submitted,

GOFFSTEIN LAW, LLC


/s/ Adam M. Goffstein
Adam M. Goffstein, #45611MO
7777 Bonhomme, Suite 1910
St. Louis, Missouri 63105
Phone:  (314) 725-5151
Fax:  (314) 455-7278
adam@goffsteinlaw.com

Attorney for Plaintiff

        ORLOWSKY LAW, LLC

        /s/ Daniel J. Orlowsky
        Daniel J. Orlowsky, #57387MO
        7777 Bonhomme, Suite 1910
        St. Louis, Missouri 63105
        Phone:  (314) 725-5151
        Fax:  (314) 455-7375
        dan@orlowskylaw.com

        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February, 2021, the foregoing was filed electronically with the Clerk of Court and served via the Court's CM/ECF system to all attorneys of record.

        /s/Adam M. Goffstein